# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| CYNTHIA HUBBARD, | Civil Action File No. 3:23-cv-00148-TES |
| Plaintiff, | |
| v. | |
| WALMART INC. and JOHN DOE, | |
| Defendants. _____/ | |

## STIPULATION OF DISMISSAL

COME NOW Plaintiff and Defendant in the above styled action, by and through their counsel of record, and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate and agree that the above styled action shall be dismissed WITH PREJUDICE. The parties further agree and stipulated that they shall be responsible for their own attorneys' fees and cost.

The Clerk of Court is hereby directed to mark said case "Dismissed with Prejudice" upon the Docket of this Court.

Respectfully submitted this the 11th day of June, 2024.

*/s/ Toni Grier*

Toni Grier
GA Bar No. 496559
Andre Dennis
GA Bar No. 606645
The Dennis Law Firm, LLC

*/s/ Jennie E. Rogers*

Jennie E. Rogers
Georgia Bar No. 612725
Attorney for Defendant
3445 Peachtree Road, N.E., Suite 500
Atlanta, GA  30326-3240

101 Marietta Street NW, Suite 2200  
Atlanta, GA 30303  
(404) 850-7951  
toni@afirmthatfights.com  
andre@afirmthatfights.com  

(404) 365-4576  
jrogers@mmatllaw.com  


The undersigned counsel certifies that the foregoing **Stipulation of Dismissal** has been prepared with one of the fonts and point selections approved by the court in LR 5.1B.

                                           */s/ Jennie E. Rogers*  
                                           Jennie E. Rogers

## CERTIFICATE OF SERVICE

This is to certify that on June 11, 2024, I electronically filed this **STIPULATATION OF DISMISSAL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record.

McLAIN & MERRITT, P.C.

*/s/ Jennie E. Rogers*
Jennie E. Rogers
Georgia Bar No. 612725
Attorney for Defendant
WAL-MART STORES EAST, LP

3445 Peachtree Road, N.E.
Suite 500
Atlanta, GA 30326-3240
(404) 365-4576
(404) 364-3138 (fax)
jrogers@mmatllaw.com